**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   99-cv-00802-LTB-CBS

ROBERT W. and MARJORIE E. MILLER,

      Plaintiffs,

v.

U.S. FOREST SERVICE, an agency of the Department of Agriculture of the United States Government, et al.,

      Defendants.
_____

**ORDER**
_____

      Upon the request of the parties made in the Joint Stipulation (Doc 95 - filed May 16, 2006), it is

      ORDERED that the Stipulation is adopted by and made an Order of the Court. It is

      FURTHER ORDERED that the parties shall, **on or before May 27, 2006**, show cause in writing why this case should not be closed or administratively retired from this Court's docket.

                                         BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, Chief Judge

DATED: May 17, 2006