**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   99-cv-00802-LTB-CBS

ROBERT W. and MARJORIE E. MILLER,

      Plaintiffs,

v.

U.S. FOREST SERVICE, an agency of the Department of Agriculture of the United States Government, et al.,

      Defendants.
_____

**ORDER**
_____

Upon Defendants' Motion to Stay Briefing on Plaintiffs' Motion for Summary Judgment Pending the Court's Ruling on Its Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) for Lack of Subject Matter Jurisdiction (Doc 108 - filed June 20, 2006), and Plaintiffs' Response (Doc 110 - filed June 21, 2006), it is

ORDERED that Defendants' Motion to Stay is DENIED.

                              BY THE COURT:

                                  s/Lewis T. Babcock
                                LEWIS T. BABCOCK, Chief Judge

DATED: June 22, 2006