**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  99-cv-00802-LTB-CBS

ROBERT W. and MARJORIE E. MILLER,

      Plaintiffs,

v.

U. S. FOREST SERVICE an agency of the Department of Agriculture of the United States Government,
CHARLES RICHMOND, in his official capacity as forest supervisor of the Grand Mesa, Uncompahgre, Gunnison National Forests,
RICK CABLES, in his official capacity as regional forester for the Rocky Mountain Region of the U.S. Forest Service, and
DALE BOSWORTH, in his official capacity as chief forester for the U.S. Forest Service,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      This will confirm that pursuant to discussions held in open court on August 15, 2006, Plaintiffs' Motion to Request Resetting of Hearing or Setting of Continuation Hearing (Doc 119 - filed August 7, 2006) is **DENIED**.

      This will further confirm that both Plaintiffs' Motion for Summary Judgment (Doc 103 - filed June 14, 2006) and Defendants' Motion to Dismiss (Doc 107 - filed June 15, 2006) will be heard at the hearing set **Tuesday, November 7, 2006 at 9:00 a.m.**



DATED:  August 16, 2006
_____