**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   99-cv-00802-LTB-CBS

ROBERT W. and MARJORIE E. MILLER,

       Plaintiffs,

v.

U.S. FOREST SERVICE, an agency of the Department of Agriculture of the United States Government,
CHARLES RICHMOND, in his official capacity as forest supervisor of the Grand Mesa, Uncompahgre, Gunnison National Forests,
RICK CABLES, in his official capacity as regional forester for the Rocky Mountain Region of the U.S. Forest Service, and
DALE BOSWORTH, in his official capacity as chief forester for the U.S. Forest Service,

       Defendants.

_____

**ORDER**
_____

Upon the Joint Motion to Withdraw Pending Motions, Vacate the Hearing Scheduled for November 7, 2006, and Close the Civil Action Administratively (Doc 131 - filed November 1, 2006), it is

ORDERED that the parties Motion for Summary Judgment (Doc 103) and Motion to Dismiss for Lack of Jurisdiction (Doc 107) are WITHDRAWN WITHOUT PREJUDICE, the hearing set November 7, 2006 is VACATED, and this civil action is ADMINISTRATIVELY CLOSED subject to reopening for good cause.

                                             BY THE COURT:

                                               s/Lewis T. Babcock
                                             LEWIS T. BABCOCK, Chief Judge

DATED: November 2, 2006